UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CANAL INDEMNITY COMPANY, a foreign corporation<br><br>Plaintiff,<br><br>vs.<br><br>ADAIR HOMES, INC., a Washington corporation; DANIEL PEARSON and TAMMY PEARSON, husband and wife; and K. P., an individual child minor, through his parents, DANIEL PEARSON and TAMMY PEARSON, husband and wife<br><br>Defendants. | Case No. 3:09-cv-05561-FDB<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME IN WHICH ADAIR HOMES MAY APPEAR |

The Stipulated Motion for Extension of Time in Which Adair Homes May Appear is GRANTED. Adair Homes Inc. shall have until 11/2/2009 to answer or appear in this case.

DATED this 26th day of October, 2009.

   s/Pat LeFrois
Clerk for Hon. Franklin D. Burgess
U.S. District Court Western District of Washington

Page 1 – ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME IN WHICH ADAIR HOMES MAY APPEAR

**KIRKLIN THOMPSON & POPE LLP**
522 SW Fifth Avenue, Suite 1100
Portland, OR 97204-2138
Telephone: (503) 222-1640
Facsimile: (503) 227-5251