UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CANAL INDEMNITY COMPANY, a foreign corporation<br><br>Plaintiff,<br><br>vs.<br><br>ADAIR HOMES, INC., a Washington corporation; DANIEL PEARSON and TAMMY PEARSON, husband and wife; and K. P., an individual child minor, through his parents, DANIEL PEARSON and TAMMY PEARSON, husband and wife<br><br>Defendants. | Case No. 3:09-cv-05561-FDB<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME IN WHICH ADAIR HOMES MAY REPLY ON ITS MOTION TO DISMISS |

The Stipulated Motion for Extension of Time in Which Adair Homes May Reply on its Motion to Dismiss for Failure to Join Necessary and Indispensable Parties, changing the reply date from December 11, 2009, to December 15, 2009, and the date on which the motion is noted on the motion calendar from December 11, 2009, to December 18, 2009, is granted.

DATED this 10th day of December, 2009.

s/PatLeFrois_____
Clerk for Hon. Franklin D. Burgess
U.S. District Court Western District of Washington

Page 1 – ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME IN WHICH ADAIR HOMES MAY REPLY ON ITS MOTION TO DISMISS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26